Leila Nourani (SBN 163336)
Landon R. Schwob (SBN 280908)
**JACKSON LEWIS P.C.**
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
leila.nourani@jacksonlewis.com
landon.schwob@jacksonlewis.com

Attorneys for Defendant
DISTRIBUTION ALTERNATIVES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL JOSE ORTIZ, an individual and ALAN RAMOS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DISTRIBUTION ALTERNATIVES, INC., a corporation, BARRETT BUSINESS SERVICES, INC., a corporation and DOES 1 – 25, inclusive,<br><br>Defendants. | Case No.<br><br>**DEFENDANT DISTRIBUTION ALTERNATIVES, INC.'S CORPORATE DISCLOSURES IN SUPPORT OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332, 1441 (a) and (b) (DIVERSITY)**<br><br>[Filed concurrently with the Notice of Removal, Declarations of Leila Nourani and Grant Ellena, Notice of No Related Cases, Certificate of Interested Parties, and Civil Case Cover Sheet]<br><br>Complaint Filed:   March 8, 2021 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFFS ANGEL JOSE ORTIZ AND ALAN RAMOS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Distribution Alternatives, Inc. ("Defendant") hereby files this Disclosure Statement and Certificate of Interested Parties

pursuant to Federal Rule of Civil Procedure 7.1. The undersigned counsel of record for Defendant certify that the following listed entities, including parties, may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate the possible disqualification or recusal.

Federal Rule of Civil Procedure 7.1(a) provides: "A non-governmental corporate party must file two copies of a disclosure statement that: (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation."

In accordance with Rule 7.1(a), the undersigned counsel of record for Defendant Distribution Alternatives, Inc. certifies as follows:

There is no parent corporation of Distribution Alternatives, Inc. and no publicly held corporation owns 10% or more of Distribution Alternatives, Inc.'s stock.

DATED: October 4, 2021                    JACKSON LEWIS P.C.

                                          By: */s/ Leila Nourani*
                                          Leila Nourani
                                          Landon R. Schwob

                                          Attorneys for Defendant
                                          DISTRIBUTION ALTERNATIVES, INC.

4833-8236-5949, v. 1