| | |
|---|---|
| 1 | LAW OFFICES OF JACK PERKO |
| | Jack Perko          State Bar No. 164529 |
| 2 |     jackperko@hotmail.com |
| | 2895 Aliso Creek Road, Suite B66 |
| 3 | Aliso Viejo, CA 926564 |
| | Telephone:  (818) 674-0948 |
| 4 | Fax:  (949) 916-1039 |
| 5 | |
| | Attorneys for Plaintiffs Angel Jose Ortiz |
| 6 | and Alan Ramos |
| 7 | |
| | JACKSON LEWIS P.C. |
| 8 | Leila Nourani          State Bar No. 163336 |
| | Landon R. Schwob     State Bar No. 280908 |
| 9 | 725 Figueroa Street, Suite 2500 |
| 10 | Los Angeles, CA 90017-5408 |
| 11 | Telephone: (213) 689-0404 |
| | Fax:   (213) 689-0430 |
| 12 | |
| 13 | Attorneys for Defendant |
| | Distribution Alternatives, Inc. |
| 14 | |
| 15 | |
| | [See Continued List On Next Page] |
| 16 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ANGEL JOSE ORTIZ, an individual, and ALAN RAMOS, an individual, | Case No.  5:21-cv-01673 JWH (KK) |
| Plaintiffs, | JOINT MOTION TO DISMISS ACTION WITH PREJUDICE AS TO ALL CLAIMS FOR RELIEF |
| v. | |
| DISTRIBUTION ALTERNATIVES, INC., a corporation, BARRETT BUSINESS SERVICES, INC., a corporation and DOES 1-25, inclusive, | Complaint Filed:  March 8, 2021 |
| | Trial Date:            N/A |
| Defendants. | |

---

1
2  ATKINSON, ANDELSON, LOYA, RUUD & ROMO
3  A Professional Law Corporation
   Susan M. Steward        State Bar No. 224805
4  SSteward@aalrr.com
5  Martin S. Li            State Bar No. 222355
   MLi@aalrr.com
6  12800 Center Court Drive South, Suite 300
7  Cerritos, California 90703-9364
   Telephone:  (562) 653-3200
8  Fax:  (562) 653-3333
9
   Attorneys for Defendant,
10 Barrett Business Services, Inc.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____

Plaintiffs, ANGEL JOSE ORTIZ and ALAN RAMOS and Defendants, DISTRIBUTION ALTERNATIVES, INC. and BARRETT BUSINESS SERVICES, INC., by and through their respective counsels of record, and pursuant to Fed.R.Civ.P.41, jointly move to dismiss the above-captioned action in its entirety with prejudice as to all defendants and as to all claims for relief, with each party to bear its own costs and attorney's fees.

The joint motion disposes of all claims against all parties.

Dated: 10/10/23                               LAW OFFICE OF JACK PERKO

               By: */s/ Jack Perko*
                 Jack Perko
                 Attorneys for Plaintiffs

Dated: 10/10/23                               JACKSON LEWIS P.C.

               By: */s/ Leila Nourani*
                 Leila Nourani
                 Attorneys for Defendant
                 Distribution Alternatives, Inc.

Dated: 10/10/23                               ATKINSON, ANDELSON, LOYA, RUUD & ROMO

               By: */s/ Susan M. Steward*
                 Susan M. Steward
                 Martin S. Li
                 Attorneys for Defendant Barrett Business Services, Inc.

# CERTIFICATE OF SERVICE

[FRCP 5(B)]

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 12800 Center Court Drive South, Suite 300, Cerritos, California 90703-9364.

On October 10, 2023, I served the following document(s) described as **JOINT MOTION TO DISMISS ACTION WITH PREJUDICE AS TO ALL CLAIMS FOR RELIEF** on the interested parties in this action as follows:

| | |
|---|---|
| Jack Perko<br>LAW OFFICES OF JACK PERKO<br>26895 Aliso Creek Road, Suite B66<br>Aliso Viejo, CA  92656<br><br>Tel.:   949.390.4442<br>Fax:   949.916.1039<br>Email: Jack@jackperkolaw.com | *Attorneys for Plaintiff*<br>ANGEL JOSE ORTIZ AND ALAN RAMOS |
| Leila Nourani<br>Sam Farzani<br>JACKSON LEWIS P.C.<br>725 S. Figueroa Street, Suite 2500<br>Los Angeles, CA  90017<br><br>Tel.:   213. 689.0404<br>Fax:   213. 689-0430<br>Email: Leila.Nourani@jacksonlewis.com<br>           Sam.Farzani@jacksonlewis.com | *Attorneys for Defendant*<br>DISTRIBUTION ALTERNATIVES, INC. |

☒  **BY ELECTRONIC SUBMISSION:** A true and correct copy of the document(s) was scanned and electronically submitted to the United State District Court, Central District of California's, ECF website at www.courts.ca.gov, in a text-searchable PDF format pursuant to United States District Court's Rules.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 10, 2023, at Cerritos, California.

*/s/ Stephanie Duenas*
Stephanie Duenas