JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL JOSE ORTIZ, an individual, and ALAN RAMOS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DISTRIBUTION ALTERNATIVES, INC., a corporation, BARRETT BUSINESS SERVICES, INC., a corporation and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 5:21-cv-01673-JWH-KK<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE AS TO ALL CLAIMS FOR RELIEF**<br><br>Action Filed:  March 8, 2021<br>Trial Date:  N/A |

Having reviewed and considered the above Motion, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court hereby **ORDERS** as follows:

1. The Parties' Joint Motion is **GRANTED**.
2. This action, including all claims for relief, is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Dated: October 11, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE

2

42741539.1